ORIGINAL

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 24 2014

at ____ o'clock and ____ min. ____ M.
SUE BEITIA, CLERK

THOMAS J. BRADY #4472
Chief, Special Crime Section

TRACY A. HINO #3202
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Tracy.Hino@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR 14 - 00463 DKW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [18 U.S.C. § 1542] |
| | ) | |
| STEPHEN LEE DORRIS, | ) | |
| aka Brett Edward Phillips, | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges that:

On or about January 18, 2014, in the District of Hawaii,

STEPHEN LEE DORRIS, aka Brett Edward Phillips, willfully and

knowingly made a false statement in a passport renewal application

(Form DS-82) with the intent to induce and secure for his own use,

the issuance of a passport under the authority of the United States,

contrary to the laws regulating the issuance of such passports and

the rules prescribed pursuant to such laws, in that in such

application the Defendant was required to disclose all other names

that he had used but the Defendant did not disclose that he also used

the name "Brett Edward Phillips."

      In violation of Title 18, United States Code, Section 1542.

      DATED:  April 24, 2014, at Honolulu, Hawaii.

      A TRUE BILL

       /s/ Foreperson
      FOREPERSON, GRAND JURY

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii


THOMAS J. BRADY
Chief, Special Crime Section


TRACY A. HINO
Assistant U.S. Attorney


United States vs. Stephen Lee Dorris, aka Brett Edward Phillips
Cr. No. _____
"Indictment"

2